RECEIVED
ENTERED         SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 2 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>        Plaintiff,              )<br>                               )<br>    v.                         )<br>                               )<br>TREVOR SEAN MESNIK,            )<br>                               )<br>        Defendant.             ) | 2:11-CR-419-MMD-(PAL) |

## ORDER OF FORFEITURE

On October 24, 2012, defendant TREVOR SEAN MESNIK pled guilty to Count One of a Three-Count Criminal Indictment charging him with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349. Indictment, ECF No. 1; Plea Memorandum, ECF No. 37.

This Court finds that TREVOR SEAN MESNIK shall pay a criminal forfeiture money judgment of $86,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from TREVOR SEAN MESNIK a criminal forfeiture money judgment in the amount of $86,000.00 in United States Currency.

DATED this 24th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE