**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   2:11-CR-419-MMD-(PAL) |
| TREVOR SEAN MESNIK, | )<br>) |
| Defendant. | ) |

### ORDER OF FORFEITURE

This Court found on October 25, 2012, that TREVOR SEAN MESNIK shall pay a criminal forfeiture money judgment of $86,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 36; Plea Agreement, ECF No. 37; Order of Forfeiture, ECF No. 38.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from TREVOR SEAN MESNIK a criminal forfeiture money judgment in the amount of $86,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);

. . .

. . .

. . .

Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 11th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE